

# NUMBER 13-19-00261-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE MATTER OF S.T., A JUVENILE

---

**On appeal from the County Court
of Victoria County, Texas.**

---

# ORDER

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

Currently pending before the Court is appellant's motion for pro se access to the appellate record. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant and his mother have the opportunity to fully examine the appellate record on or before October 15, 2019, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant and his mother. *See*

*Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant and his mother shall have thirty (30) days from the day the appellate record was first made available to file a pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
27th day of September, 2019.